# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-1778

_____

KIRSHA BROWN,

Appellant,

v.

FLORIDA STATE HOSPITAL and
DEPARTMENT OF CHILDREN AND
FAMILIES,

Appellees.

_____


On appeal from the Circuit Court for Gadsden County.
David Frank, Judge.


April 9, 2024

PER CURIAM.

DISMISSED.

ROWE, TANENBAUM, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Kirsha Brown, pro se, Appellant.

No appearance for Appellees.